IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-79 (GMS) |
| v. | ) ) | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for each of the defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB, and Aktiebolaget Hassle to answer, move, or otherwise respond to the Complaint in this action shall be extended through and including April 3, 2006.

This extension is required because the parties have today filed a proposed Case Management Order covering this action and other related actions filed by direct purchasers. The Case Management Order contemplates that these direct purchaser actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint. If the Case Management Order is approved by the Court, the defendants would be not be required to answer, move or otherwise respond to the Complaint in this action, but instead would respond solely to the Consolidated Amended Complaint.

| ROSENTHAL MONHAIT GROSS & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Jessica Zeldin* | */s/ Jack B. Blumenfeld* |
| Jeffrey S. Goddess (#630) | Jack B. Blumenfeld (#1014) |
| jgoddess@rmgglaw.com | Karen Jacobs Louden (#2881) |
| Jessica Zeldin (3558) | klouden@mnat.com |
| jzeldin@rmgglaw.com | 1201 N. Market Street |
| 919 N. Market Street, Ste. 1401 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 656-4433 | (302) 658-9200 |
| Attorneys for plaintiffs | Attorneys for defendants |
| February 15, 2006 | February 15, 2006 |

SO ORDERED this _____ day of _____, 2006.

_____
Judge Gregory M. Sleet

506989